AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia



United States of America

v.

**BART GORE and**

**KEVIN G. MOORE,**

*Defendant*

)
)
)
)
)
)

Case No.    23-cr-447 (RC)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KEVIN G. MOORE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372 - Conspiracy To Impede or Injure Officers.
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    09/11/2024

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9-12-24 , and the person was arrested on *(date)* 9-16-24 at *(city and state)* Huntington, WV . |
| Date: 9-16-24 |

*Arresting officer's signature*

TABB, FBI, SA
*Printed name and title*