# Courtroom Minute Entry

**Room:** Huntington  
**Caption:** USA v. Kevin G. Moore  

**Case No.:** 3:24-mj-52  
**Judge:** Joseph K. Reeder  

**Type:** Criminal

**Started:** 9/16/2024 2:31:55 PM  
**Ends:** 9/16/2024 2:39:15 PM    **Length:** 00:07:21

Judge: Joseph K. Reeder  
Courtroom Deputy: Sydney Johnston  
Law Clerk: Jenna Hess  
Assistant U.S. Attorney: Owen Reynolds  
CJA Attorney: Lee Booten  
USPO: Erin Stone  
Court Reporter: Courtsmart  
Defendant: Kevin G. Moore  

**INITIAL APPEARANCE of Kevin G. Moore on Superseding Indictment**

| Time | Event |
|---|---|
| 2:32:46 PM | Judge: Joseph K. Reeder |
| 2:32:47 PM | Called case, noted appearances of counsel, and defendant present in courtroom |
| 2:32:48 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:33:09 PM | Defendant wishes to waive identity hearing |
| 2:33:27 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:33:33 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:33:38 PM | Questions defendant about indictment related matters |
| 2:33:57 PM | Defendant: Kevin G. Moore |
| 2:33:58 PM | Stated personal information |
| 2:34:01 PM | Questions defendant about indictment related matters |
| 2:34:18 PM | Judge: Joseph K. Reeder |
| 2:34:30 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:34:53 PM | Stated violation(s) in charging document and possible penalties |
| 2:36:09 PM | Assistant U.S. Attorney: Owen Reynolds |
| 2:36:11 PM | AUSA has not filed a motion for detention hearing |
| 2:36:43 PM | Defendant wishes to have arraignment and detention hearing here. |
| 2:38:01 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release. |
| 2:38:24 PM | Advises AUSA of Brady Materials and AUSA acknowledges obligations. |
| 2:38:30 PM | Hearing adjourned. |